# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00458-GCM

| | |
|---|---|
| PLATINUM PRESS, INC. | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| DANIELLE DOUROS-HAWK, 3C! PACKAGING, INC., JOHN CULLEN, and RUSSELL HILL, | ) |
| Defendants. | ) |

## ORDER GRANTING THE JOINT MOTION FOR SIX-WEEK STAY OF PROCEEDINGS

**THIS MATTER COMES** before this Court on the parties' Joint Motion for Six-Week Stay of Proceedings. (D.E. 40). The parties' Joint Motion demonstrates the existence of exceptional circumstances and good cause sufficient to warrant entry of a six (6) week stay in this proceeding for the period April 1, 2020 through May 15, 2020. For the reasons stated in the parties' Joint Motion, this Court **GRANTS** the Motion.

It is ordered that all deadlines arising between April 1, 2020 through May 15, 2020 are stayed as set forth in the parties' Joint Motion. Further, the Court orders discovery be completed by June 26, 2020, mediation be completed by July 10, 2020, and dispositive motions be filed by July 31, 2020. The parties are ordered to meet and confer by no later than May 8, 2020 to evaluate whether (1) lifting the stay effective May 15, 2020 and proceeding with the case under revised case deadlines as set forth above is feasible and appropriate or (2) extending the stay if circumstances associated with the COVID-19 pandemic legitimately warrant, is appropriate. The

parties will file a joint status report with the Court no later than May 11, 2020 advising of their position on lifting the stay.

**IT IS SO ORDERED.**

Signed: April 1, 2020

Graham C. Mullen
United States District Judge