# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:18-CV-00458-GCM

PLATINUM PRESS, INC.    )
           )
     Plaintiff,   )
           )
v.            )
           )   ORDER
DANIELLE DOUROS-HAWK,   )
3C! PACKAGING, INC., JOHN   )
CULLEN, and RUSSELL HILL,   )
           )
     Defendants.  )

**THIS MATTER COMES** before the Court on its own Motion. Due to the stay in this matter and outstanding issues that must be resolved prior to trial, the Court hereby extends the trial date to January 25, 2021.

**SO ORDERED**.

Signed: June 22, 2020

Graham C. Mullen
United States District Judge