# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00458-GCM

| | |
|---|---|
| PLATINUM PRESS, INC. | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| DANIELLE DOUROS-HAWK, 3C! PACKAGING, INC., JOHN CULLEN, and RUSSELL HILL, | ) |
| Defendants. | ) |

**THIS MATTER COMES** before the Court on the Parties' Joint Status Report, Motion to Lift Stay, and Motion for Extension of Case Deadlines (Doc. No. 45). The Court hereby Orders that the stay of proceedings be **LIFTED**, effective June 29, 2020. The Discovery Deadline is extended from August 7, 2020 to August 31, 2020. The Mediation Deadline is extended from August 21, 2020 to September 30, 2020. The Dispositive Motion Deadline is extended from September 11, 2020 to October 30, 2020.

**SO ORDERED**.

Signed: June 23, 2020

Graham C. Mullen
United States District Judge